UNITED STATES of America ex rel. Treve W. BERLIN et al. v. HERBERT M. BARUCH CORPORATION et al.
No. 8290.

Circuit Court of Appeals, Ninth Circuit.
Sept. 14, 1936.

A. Brooks Berlin, of San Francisco, Cal., for appellants.

Julius Mackson, of Los Angeles, Cal., for appellees.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.